DAVIS & GILBERT LLP
Marc Rachman
mrachman@dglaw.com
1740 Broadway
New York, NY  10019
Phone: 212.468.4800
Fax: 212.468.4888

*Of Counsel:*

WOLF, GREENFIELD & SACKS, P.C.
Michael Albert
malbert@wolfgreenfield.com
600 Atlantic Ave.
Boston, MA  02210
Phone: 617.646.8000
Fax: 617.646.8646

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT JUDGE SCHEINDLIN
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TNS MEDIA RESEARCH, LLC<br>   (d/b/a KANTAR MEDIA<br>   AUDIENCES)<br>and<br>CAVENDISH SQUARE HOLDING<br>   B.V.,<br><br>            Plaintiffs,<br><br>v.<br><br>TRA GLOBAL, INC.<br>   (d/b/a TRA, INC.),<br><br>            Defendant. | **11 CIV 4039**<br><br>CIVIL ACTION NO.:<br>ECF CASE<br><br><br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiffs, TNS Media Research, LLC, d/b/a Kantar Media Audiences ("Kantar") and Cavendish Square Holding B.V. ("Cavendish"), bring this civil action against TRA Global, Inc., d/b/a TRA, Inc. ("TRA"), and allege as follows:

## THE PARTIES

1.      Plaintiff Kantar is a Delaware corporation with a principal place of business at 11 Madison Avenue, 12th Floor, New York, NY, 10010.

2.      Plaintiff Cavendish is a Dutch corporation with a principal place of business at Prins Alexanderplein 8, 3067 GC Rotterdam, Zuid-Holland, Netherlands.

3.      Kantar and Cavendish are subsidiaries of WPP PLC ("WPP"), a Jersey corporation with a principal place of business at 6 Ely Place, Dublin 2, Ireland.

4.      Defendant TRA is a Delaware corporation with a principal place of business at 52 Vanderbilt Avenue, 17th Floor, New York, NY, 10017.

## JURISDICTION

5.      This is an action arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.  This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(a), and 2201-2202.

6.      This Court has personal jurisdiction over TRA because TRA's principal place of business is in New York City.  Further, TRA agreed, at Paragraph 6.4 of a contract with Cavendish entitled "Second Amended and Restated Voting Agreement," dated May 10, 2010 (the "Voting Agreement"), to be subject to the jurisdiction of any federal court located in the County of New York, New York, for any action brought under or in relation to the Voting Agreement.

7.      Venue is appropriate under 28 U.S.C. §§ 1391 and 1400.  Further, TRA agreed, at Paragraph 6.4 of the Voting Agreement, to submit to the venue of any federal court located in the County of New York, New York, for any action brought under or in relation to the Voting Agreement.

## BACKGROUND

8.      United States Patent No. 7,729,940 (the "'940 patent"), entitled "Analyzing Return on Investment of Advertising Campaigns by Matching Multiple Data Sources," issued on June 1, 2010.  The '940 patent lists as inventors William Morris Harvey, Gerald Leo Despain, Mark Lieberman, Brian P. Canning, and Pavel Bochman.  The '940 patent lists TRA, Inc., as assignee.  A copy of the '940 patent is attached as Exhibit A.

9.      TRA contends that Kantar misappropriated TRA technology, including the technology TRA contends is embodied in the '940 patent.

10.     TRA's Chief Executive Offer informed Cavendish that TRA is prepared to sue Kantar for infringement of the '940 patent based on Kantar's RapidView-Retail product.

11.     The Voting Agreement between Cavendish and TRA provides that Cavendish is entitled to elect one member of the Board of Directors of TRA.

12.     Cavendish's duly elected Director on the TRA's Board of Directors is Sheila Spence.

13.     Despite being a Director, Sheila Spence has been excluded from at least one meeting of the Board of Directors and has been informed that she will be excluded from at least one additional meeting of the Board of Directors.

14.     The clear import of TRA's correspondence with Cavendish and its conduct with regard to Sheila Spence is that TRA contends that Kantar has infringed its alleged rights in the '940 patent, that TRA contends it has been damaged by that alleged infringement, and that TRA has threatened litigation against Kantar based on the alleged infringement.

15.     An actual and justiciable controversy exists between Kantar and TRA with respect to the infringement and validity of the '940 patent.

## COUNT I
### (Declaratory Judgment of Non-Infringement of the '940 patent)

16.     The allegations of the above and below paragraphs are incorporated by reference.

17.     Kantar has not infringed and is not infringing, either directly or indirectly by inducement or contributory infringement, the '940 patent by making, using, offering to sell, or selling in the United States or importing into the United States the RapidView-Retail product.

18.     Kantar is entitled to a declaratory judgment that it has not infringed the '940 patent.

## COUNT II
### (Breach of Contract)

19.     The allegations of the above and below paragraphs are incorporated by reference.

20.     In the Voting Agreement, at Paragraph 4.1, TRA covenanted that it would use its best efforts, within the requirements of applicable law, to ensure that the rights granted under the Voting Agreement are effective and that the parties enjoy the benefits of the Voting Agreement.

21.     In breach of the Voting Agreement, TRA has excluded Sheila Spence, Cavendish's elected member of TRA's Board of Directors, from at least one meeting of TRA's Board and indicated that it will exclude her from at least one additional meeting of TRA's Board.

22.     Cavendish has suffered and will continue to suffer damages as a result of TRA's breach.

## RELIEF REQUESTED

For the above reasons, Kantar and Cavendish pray that the Court enter a judgment:

A.     Declaring that the Court has jurisdiction over the parties and subject matter of this action;

B.     Declaring that Kantar has not infringed and is not infringing the '940 patent;

C.     Declaring that TRA has breached the Voting Agreement;

D.     Ordering TRA to pay damages that TRA's breach of the Voting Agreement has caused, including interest;

E.     Enjoining TRA from further or continued breach of the Voting Agreement;

F.     Awarding Kantar and Cavendish their costs and attorneys' fees, in accordance with 35 U.S.C § 285,  Paragraph 6.18 of the Voting Agreement, or other applicable law; and

G.     Granting Kantar and Cavendish such other and further relief as the Court deems just and proper.

## JURY DEMAND

Kantar and Cavendish demand a trial by jury.

Respectfully submitted,

TNS MEDIA RESEARCH, LLC
(d/b/a KANTAR MEDIA AUDIENCES)

and

CAVENDISH SQUARE HOLDING B.V.,

By their attorneys,

Dated:  June 14, 2011

Marc Rachman
mrachman@dglaw.com
DAVIS & GILBERT LLP
1740 Broadway
New York, NY  10019
Phone: 212.468.4800
Fax: 212.468.4888

*Of Counsel:*

Michael Albert
malbert@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA  02210
Phone: 617.646.8000
Fax: 617.646.8646

# EXHIBIT A

US007729940B2

(12) **United States Patent**
Harvey et al.

(10) **Patent No.:** **US 7,729,940 B2**
(45) **Date of Patent:** **Jun. 1, 2010**

(54) **ANALYZING RETURN ON INVESTMENT OF ADVERTISING CAMPAIGNS BY MATCHING MULTIPLE DATA SOURCES**

(75) Inventors: **William Morris Harvey**, Gardiner, NY (US); **Gerald Leo Despain**, St. George, UT (US); **Mark Lieberman**, Thornwood, NY (US); **Brian P. Canning**, Brooklyn, NY (US); **Pavel Bochman**, Plainview, NY (US)

(73) Assignee: **TRA, Inc.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/102,388**

(22) Filed: **Apr. 14, 2008**

(65) **Prior Publication Data**
US 2009/0259518 A1      Oct. 15, 2009

(51) **Int. Cl.**
 *G06F 17/30* (2006.01)
 *G07G 1/00* (2006.01)
(52) **U.S. Cl.** ............................. **705/10**; 705/14; 705/35; 725/1; 725/9; 725/14; 725/20; 725/34; 725/46
(58) **Field of Classification Search** .................. 705/10, 705/14
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,639,686 A | 2/1972 | Walker et al. |
| 4,225,884 A | 9/1980 | Block et al. |
| 4,331,973 A | 5/1982 | Eskin et al. |
| 4,361,730 A | 11/1982 | Barber et al. |
| 4,528,589 A | 7/1985 | Block et al. |
| 5,483,276 A | 1/1996 | Brooks et al. |
| 5,515,098 A | 5/1996 | Carles |
| 5,579,124 A | 11/1996 | Aijala et al. |
| 5,584,025 A * | 12/1996 | Keithley et al. ......... 707/104.1 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO      WO 03053056 A1 *   6/2003

OTHER PUBLICATIONS

Harvey, Better Television Audience Measurement Through the Research Integration of Set-Top Box Data, (http://web.archive.org/web/2006042513121l/www.nextcenturymedia.com/library/index.htm).*

(Continued)

*Primary Examiner*—Beth V. Boswell
*Assistant Examiner*—Nadja Chong Cruz
(74) *Attorney, Agent, or Firm*—K&L Gates LLP

(57) **ABSTRACT**

In various embodiments, strategies, tools and techniques are provided for processing and analyzing data in an advertising measurement system accessible through a software-as-a-service model or a client-downloaded computer program. The system may be configured to receive and process household media exposure data, product purchase data, advertising data, program data, and demographic data, wherein the data may be obtained from various sources, including from a program delivery source (e.g., a television set-top box) located in a household of a consumer. The data may be matched and cross-correlated for calculating return on advertising investment measurements and other metrics. The data may be used to optimize media placement generally or to address advertising content to specific households. Methods for storing data in the advertising measurement system by distributing the data across multiple shards are also provided. In addition, methods for protecting privacy of communicated data are disclosed.

**71 Claims, 51 Drawing Sheets**



**US 7,729,940 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,661,516 | A | 8/1997 | Carles |
| 5,961,593 | A | 10/1999 | Gabber et al. |
| 6,463,585 | B1 | 10/2002 | Hendricks et al. |
| 6,698,020 | B1 * | 2/2004 | Zigmond et al. .............. 725/34 |
| 6,708,335 | B1 * | 3/2004 | Ozer et al. ................... 725/20 |
| 6,718,551 | B1 | 4/2004 | Swix et al. |
| 6,738,978 | B1 | 5/2004 | Hendricks et al. |
| 6,958,710 | B2 | 10/2005 | Zhang et al. |
| 6,983,478 | B1 | 1/2006 | Grauch et al. |
| 7,139,723 | B2 | 11/2006 | Conkwright et al. |
| 7,146,329 | B2 | 12/2006 | Conkwright et al. |
| 7,194,421 | B2 | 3/2007 | Conkwright et al. |
| 7,197,472 | B2 | 3/2007 | Conkwright et al. |
| 7,222,071 | B2 | 5/2007 | Neuhauser et al. |
| 7,239,981 | B2 | 7/2007 | Kolessar et al. |
| 7,248,777 | B2 | 7/2007 | Feininger et al. |
| 7,272,982 | B2 | 9/2007 | Neuhauser et al. |
| 7,316,025 | B1 | 1/2008 | Aijala et al. |
| 2002/0013943 | A1 | 1/2002 | Haberman et al. |
| 2002/0049968 | A1 | 4/2002 | Wilson et al. |
| 2002/0059094 | A1 * | 5/2002 | Hosea et al. ................. 705/10 |
| 2002/0104083 | A1 * | 8/2002 | Hendricks et al. ............ 725/34 |
| 2002/0122430 | A1 | 9/2002 | Haberman et al. |
| 2002/0133817 | A1 * | 9/2002 | Markel ........................ 725/23 |
| 2003/0045957 | A1 | 3/2003 | Haberman et al. |
| 2003/0055759 | A1 | 3/2003 | Conkwright et al. |
| 2003/0070167 | A1 * | 4/2003 | Holtz et al. ................. 725/32 |
| 2003/0101454 | A1 * | 5/2003 | Ozer et al. .................. 725/42 |
| 2003/0105693 | A1 | 6/2003 | Conkwright et al. |
| 2003/0110499 | A1 * | 6/2003 | Knudson et al. ............. 725/42 |
| 2003/0142689 | A1 | 7/2003 | Haberman et al. |
| 2003/0145323 | A1 * | 7/2003 | Hendricks et al. ............ 725/34 |
| 2003/0172374 | A1 | 9/2003 | Vinson et al. |
| 2003/0229893 | A1 * | 12/2003 | Sgaraglino ................. 725/37 |
| 2005/0228806 | A1 | 10/2005 | Haberman |
| 2005/0234992 | A1 | 10/2005 | Haberman |
| 2006/0195866 | A1 * | 8/2006 | Thukral ...................... 725/34 |
| 2006/0271594 | A1 | 11/2006 | Haberman |
| 2006/0287915 | A1 | 12/2006 | Boulet et al. |
| 2006/0293954 | A1 | 12/2006 | Anderson et al. |
| 2006/0293955 | A1 | 12/2006 | Wilson et al. |
| 2007/0011039 | A1 * | 1/2007 | Oddo ......................... 705/10 |
| 2007/0022032 | A1 | 1/2007 | Anderson et al. |
| 2007/0073583 | A1 | 3/2007 | Grouf et al. |
| 2007/0073584 | A1 | 3/2007 | Grouf et al. |
| 2007/0073585 | A1 * | 3/2007 | Apple et al. ................ 705/14 |
| 2007/0101375 | A1 | 5/2007 | Haberman |
| 2007/0130007 | A1 | 6/2007 | Haberman et al. |
| 2007/0156524 | A1 | 7/2007 | Grouf et al. |
| 2007/0156525 | A1 | 7/2007 | Grouf et al. |
| 2008/0250445 | A1 * | 10/2008 | Zigmond et al. ............ 725/32 |
| 2008/0250448 | A1 * | 10/2008 | Rowe et al. ................. 725/32 |
| 2009/0030942 | A1 * | 1/2009 | Jiang ....................... 707/104.1 |

## OTHER PUBLICATIONS

AGB Nielsen Media Research (http://web.archive.org/web/20061225143536/http://www.agbnielsen.net/).*

Chapter 2: Marketing Knowledge, What's inside most relevant when measuring Web ad traffic, The International Journal of Newspaper Technology, Apr. 2006.*

Knight, DigitalPlus to improve Nielsen numbers, Biz Report: Research: Feb. 16, 2007.*

Sean Baird, "Partitioning the Data in a Table," dated Sep. 20, 2000, printed from http://www.sqlteam.com/article/partitioning-the-data-in-a-table, Internet site, accessed on Feb. 24, 2009, 5 pages.

"Partition (database)—Wikipedia, the free encylopedia," printed from                            http://en.wikipedia.org/w/index.php?title=Partition_(database)&oldi, Internet site, accessed on Feb. 24, 2009, 2 pages.

Bill Harvey, "A Channel is A Channel is A Channel, Not," printed from   http://www.nextcenturymedia.com/library/myers   channel-new.htm, Internet site, accessed on Mar. 11, 2008, 2 pages.

Next Century Media, Inc., "AdSpace—CoolSign Advertising Effectiveness Study," Nov. 2000, printed from http://www.nextcenturymedia.com/library/adspace.htm, Internet site, accessed on Mar. 11, 2008, 1 page.

Next Century Media, Inc., "AdSpace—CoolAdvertising On CoolSign® Digital Displays Delivers Impressive Results," Jan. 24, 2002, printed from http://www.nextcenturymedia.com/library/adspace-2002.htm, Internet site, accessed on Mar. 11, 2008, 2 pages.

Bill Harvey, "Cable Advertising Revenue and Addressable Commercials," CTAM Quarterly Journal, Spring 1997, pp. 14-23.

Next Century Media, Inc., "Evoice Interactive Audio Ads Deliver Impressive Early Results For Procter & Gamble's Pringles Brand," Sep. 12, 2000, printed from http://www.nextcenturymedia.com/library/evoice-audioads.htm, Internet site, accessed on Mar. 11, 2008, 2 pages.

Bill Harvey, "Is There Life After CPMs?" Dec. 8, 2000, printed from http://www.nextcenturymedia.com/library/cpms-article.htm, Internet site, accessed on Mar. 11, 2008, 2 pages.

Bill Harvey, "The Expanded ARF Model: Bridge to the Accountable Advertising Future," Journal of Advertising Research, Mar. • Apr. 1997, pp. 11-20.

Doug Ross, "Targeted Television Advertising," printed from http://www.nextcenturymedia.com/library/dougross-article-b.htm, Internet site, accessed on Mar. 11, 2008, 13 pages.

Bill Harvey, "Better Television Audience Measurement Through the Research Integration of Set-Top Box Data, Phase Two," ESOMAR® / ARF, 21 pages.

Bill Harvey, "Measuring the Effects of Sponsorships," Journal of Advertising Research, Jan. • Feb. 2001, pp. 59-65.

Adapt Media, Inc., "adrunner® Digital Taxi Tops Advertising can equal or surpass recall of television spots, according to a new survey," Press Release dated Sep. 13, 2004, 3 pages.

Bill Harvey, "Upfront 2005," The Myers Report, Dec. 20, 1999, printed from http://www.nextcenturymedia.com/library/myers-2005.htm, Internet site, accessed on Mar. 11, 2008, 2 pages.

"TRA—True ROI Accountability," printed from http://www.traglobal.com, Internet site, accessed on May 1, 2008, 1 page.

"TRA—What we do," printed from http://www.traglobal.com/whatwedo.html, Internet site, accessed on May 1, 2008, 1 page.

"TRA—FAQs," printed from http://www.traglobal.com/FAQ.html, Internet site, accessed on May 1, 2008, 3 pages.

"TRA Introduces Media TRanalytics 2.0," Press Release dated Apr. 28, 2008, 2 pages.

"MediaVest USA First Agency Employing TRA Solution to Marry Demo, Behavioral and Sales Data," Press Release dated Apr. 24, 2008, 2 pages.

"TRA's Bill Harvey Honored with Advertising Research Foundation's 2008 Great Mind Award," Press Release dated Apr. 7, 2008, 2 pages.

"New Media Research Firm TRA Matches the Ads People actually Receive with the Products They Actually Buy," Press Release dated Feb. 11, 2008, 2 pages.

David Goetzl, Joe Mandese, "On Eve Of TV Upfront, Neilsen Ratings Remain Unaccredited," Media Post Publications, printed from http://publications.mediapost.com/index.cfm?fuseaction=Articles.showArticleHomePage&art_aid=82374, Internet site, Accessed on May 13, 2008, 3 pages.

Joe Mandese, "Ever The Malcontent, Starcom MediaVest Turns Attention To Consumer Intent," May 1, 2008, printed from http://publications.mediapost.com/index.cfm?fuseaction=Articles.san&s=81745&Nid=42198&p=920120, Internet site, accessed on May 13, 2008, 3 pages.

Robert Marich, "MediaVest USA Takes TRA Consumer Data," Apr. 25, 2008, printed from http://www.broadcastingcable.com/index.asp?layout=articlePrint&articleID=CA6555169, Internet site, accessed on May 13, 2008, 1 page.

# US 7,729,940 B2

Page 3

Shahnaz Mahmud, "MediaVest Partners With TRA on TV Data," Apr. 25, 2008, printed from http://www.adweek.com/aw/content_display/news/media/e3iddd17cfbd71296b9f681c858cfbb6d7d, Internet site, accessed on May 13, 2008, 1 page.

"MediaVest signs up for TRA's ad ROI service," printed from http://www.research-live.com/news_story.aspx?pageid=30&r=y&newsid=4557, Internet site, accessed on May 1, 2008, 2 pages.

"MediaVest Signs First for TRA's New Service," printed from http://www.mrweb.com/drno/news8268.htm, Internet site, accessed on May 1, 2008, 1 page.

"The roots of ROI: the new single-source," *Admap Audience Measurement Technology*, Apr. 2008, pp. 12-13.

Katy Bachman, "MediaVest Signs On to TRA Service," dated Apr. 23, 2008, printed from http://www.mediaweek.com/mw/news/recent_display.jsp?vnu_content_id=1003793746, Internet site, accessed on May 1, 2008, 3 pages.

"MediaVest TRA Partner To Measure Ad Effectiveness," dated Apr. 24, 2008, printed from http://publications.mediapost.com/index.cfm?fuseaction=Articles.showArticleHomePage&art_aid=81295, Internet site, accessed on May 1, 2008, 1 page.

Katy Bachman, "TRA Adds TV Viewing, Shopping Measure," dated Feb. 12, 2008, printed from http://www.mediaweek.com/mw/news/media_agencies/article_display.jsp?vnu_content_id=1003710014, Internet site accessed on May 1, 2008, 2 pages.

Stephanie Kang, "Couch to Supermarket: Connecting the Dots—New Firm Will Match Data From Cable Boxes, Frequent-Shopper Cards," *The Wall Street Journal*, Feb. 11, 2008, p. B7.

Brian Tarran, "TRA lifts the veil to reveal new advertising ROI system," dated Feb. 11, 2008, printed from http://www.research-live.com/news_story.aspx?pageid=30&r=y&newsid=4238, Internet site accessed on May 1, 2008, 1 page.

"Arbitron Cuts Forecast after Pulling Apollo Plug," dated Feb. 26, 2008, printed from http://www.mrweb.com/drno/news8011.htm, Internet site, Accessed on May 1, 2008, 1 page.

"TRA—Products" printed from http://www.traglobal.com/products.html, Internet site, accessed on May 1, 2008, 1 page.

"TRA—v1.0," printed from http://www.traglobal.com/tra10.html, Internet site, accessed on May 2, 2008, 1 page.

"TRA—Media TRAnalytics v2.0," printed from http://www.traglobal.com/tra20.html, Internet site, accessed on May 2, 2008, 9 pages.

"TRA—Media TRAnalytics v2.0," printed from http://traglobal.com/tra20.html, Internet site, accessed on May 6, 2008, 5 pages.

"TRA—TAM Reports," printed from http://www.traglobal.com/tamrprts.html, Internet site, accessed on May 2, 2008, 1 page.

"TRA—ROI Reports," printed from http://www.traglobal.com/roirprts.html, Internet site, accessed on May 2, 2008, 1 page.

"TRA—Unique Technology," printed from http://www.traglobal.com/uniteq.html, Internet site, accessed on May 2, 2008, 2 pages.

"TRA—Marketplace—Television Measurement," printed from http://www.traglobal.com/marketplace.html, Internet site, accessed on May 2, 2008, 1 page.

"TRA—Marketplace—Possible solutions," printed from http://www.traglobal.com/marketplaceSol.html, Internet site, accessed on May 2, 2008, 1 page.

Megan McIlroy, "Another piece That Aims to Solve ROI Puzzle," *Advertising Age*, Apr. 23, 2008, printed from http://adage.com/print?article_id=12661, Internet site, accessed on Jul. 14, 2008, 2 pages.

Bill Harvey, *Media Science Newsletter*, New York, vol. 1, No. 2, May 1-14, 1979, 4 pages.

Bill Harvey, *Media Science Newsletter*, New York, vol. 1, No. 15, Nov. 15-30, 1979, 4 pages.

Bill Harvey, Tony Jarvis, Russ Booth, "Better Television Audience Measurement Through Cable and Satellite Set Top Boxes," presentation to ESOMAR/ARF Week of Audience Measurement Television Conference, Jun. 9-14, 2002, 22 pages.

Bill Harvey, Tony Jarvis, Russ Booth, "Better Television Audience Measurement Through Cable and Satellite Set Top Boxes," Powerpoint presentation to ESOMAR/ARF Jun. 10, 2002, 40 pages.

"TRA's Media TRAnalytics™ Enables Media Buying Based on Sales, Not Just Impressions," Press Release dated Nov. 10, 2008, 2 pages.

"TRA Meets Year-End Momentum with Expansion of Executive Team and Advisory Board," Press Release dated Dec. 8, 2008, 2 pages.

* cited by examiner



FIG.1A



FIG. 1B



FIG. 2

Case 1:11-cv-04039-KBF   Document 1   Filed 06/15/11   Page 14 of 40



FIG. 3A



FIG. 3B



FIG. 4



FIG. 5



FIG. 6



FIG. 7

**FIG. 8**

**Ad Schedule**

| Field | Field Definition | Field Type | Max Character Length | Example |
|---|---|---|---|---|
| Campaign Name | Name of an advertising campaign. | alphanumeric | 200 | Wheaties2000 |
| Duration | Number of seconds of content in the ad | integer | 4 | 30 |
| ScheduleOfAirings | List ID of channel/starttime list | char | 32000 | 23234,34345 |
| PurchLevelDesignator | National or Local purchase | char | 1 | L |
| Markets | List of markets for Local Ads | char | 32000 | Los Angeles |
| MSO-Zones | List of MSO-Zones for local Ads | char | 32000 | |
| Cost | Cost Paid for Ad Campaign | numeric | 8 | 150000 |
| ExpectedGRP | Expected Gross Rating Points | numeric | 4 | 2.7 |

| UPC Code | CATEGORY | Product | Product Description |
|---|---|---|---|
| 1 | 1 | 1 | Cereal (Baby) |

**FIG. 9A**

| UPC Code | Product | Brand |
|---|---|---|
| 1 | 1 | Wheaties |

**FIG. 9B**

PDI (Category and Product codes)

| Field | Field Definition | Field Type | Max. Character Length | Example |
|---|---|---|---|---|
| CategoryID | | numeric | 10 | 0003 |
| ProductID | | numeric | 10 | 0004 |
| Product Description | | numeric | 150 | Cereal (Baby) |

**FIG. 9C**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| FK | Viewing Start | Int | 4 | seconds since 1/1/2000 |
| FK | HHSTB | Int | 4 | Composed of<br>- HH (1 <= 268,435,455 = xFFFFFFF) - 3.5 bytes<br>- STB (1 <= 15) - 0.5 byte |
| FK | Ad Airing | Int | 2 | |
| FK | Associated Program | smallint | 2 | |
| | Viewing Duration | tinyint | 1 | Seconds |
| | Jump in Second | tinyint | 1 | |
| | Stay Away Seconds | smallint | 2 | |
| Total | | | 16 | |

FIG. 10

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| FK | Start | Int | 4 | seconds since 1/1/2000 |
| FK | Program Airing | smallint | 2 | |
| FK | HHSTB | Int | 4 | Composed of<br>- HH (1 <= 268,435,455 = xFFFFFFF) - 3.5 bytes<br>- STB (1 <= 15) - 0.5 byte |
| | Duration | smallint | 2 | seconds |
| Total | | | 8 | |

FIG. 11

**FIG. 12**

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| FK | Household | int | 4 | |
| FK | Product | int | 4 | |
| FK | Transaction Date | smallint | 2 | days only since 1/1/2000 |
| | price | float | 4 | |
| | quantity | smallint | 2 | |
| Total | | | 16 | |

| Attr | Col | Type | Size (bytes) | Comment | |
|------|-----|------|--------------|---------|---|
| Key | ID | int | 4 | 1 <= 268,435,455 = xFFFFFFF) - 3.5 bytes | |
| | ZIP | int | 4 | Zip+4 | |
| | Advertising Zone | tinyint | 1 | | |
| | in ratings | bit | 1 | 0 - no, 1 - yes | |
| | out of ratings from | int | 4 | Second since 1/1/2000 | |
| | out of ratings Duration | smallint | 2 | seconds since from | |
| | Demographics | bit | 15 | Demographics elements bit map | |
| | | | | Length (bits) | Element |
| | | | | 3 | Adult Gender/Age |
| | | | | 2 | Marital Status |
| | | | | 1 | Home Ownership |
| | | | | 3 | Length of Residence |
| | | | | 3 | Household Income |
| | | | | 4 | Current State Family Income Deciles |
| | | | | 8 | Home Purchase Value |
| | | | | 8 | DWELLING UNIT SIZE |
| | | | | 3 | DWELLING TYPE |
| | | | | 3 | Education Level |
| | | | | 3 | Occupation Group |
| | | | | 5 | Occupation Type |
| | | | | 2 | Car Buyer's Behavior |
| | | | | 3 | Credit Card Ownership |
| | | | | 1 | Cat Ownership |
| | | | | 1 | Dog Ownership |
| | | | | 2 | Investment Holdings |
| | | | | 2 | PC/Internet Usage |
| | | | | 2 | Purchase Categories |
| | | | | 4 | Current Market Value of Home |
| | | | | 8 | Ethnic Group |
| | | | | 8 | Language Preference |
| | | | | 2 | Ratio of Persons to Households |
| | | | | 3 | Hispanic-Age/Gender |
| | | | | 3 | Hispanic-Household Income |
| | | | | 3 | Hispanic Assimilation |
| | | | | 1 | Presence of Children (Ages 0-18) |
| | | | | 3 | Number of Children in HH |
| | | | | 3 | Children's Age Range/Gender |
| | | | | 4 | MOSAIC Group Type |
| | | | | 3 | Shopping Behavior |

**FIG. 13**

**FIG. 14A**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| PK | ID | smallint | 2 | 0 - State<br>1 - County<br>2 - Precinct<br>3 - Voting District<br>4 - City<br>5 - Block Group<br>6 - Block<br>7 - Census Block<br>8 - Census Tact<br>9 - DMA |
| | Type | tinyint | 1 | |
| | Name | varchar | 50 | |
| Total | | | 53 | |

**FIG. 14B**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| FK | Geographic Area | smallint | 2 | |
| FK | Zip | Int | 4 | |
| Total | | | 6 | |

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| Key | HHSTB | int | 4 | Composed of - HH (1 <= 268,435,455 = xFFFFFFF) - 3.5 bytes - STB (1 <= 15) - 0.5 byte |
| Key | Start Time | int | 4 | seconds from 1/1/2000 |
| Key | Duration | smallint | 2 | seconds from Start Time |
| | Channel | smallint | 2 | |
| Total | | | 12 | |

**FIG. 15**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| PK | ID | smallint | 2 | |
| FK | Campaign | smallint | 2 | String dictionary |
| FK | Name | smallint | 2 | 1- CPM, 2 - CPP, 3 - total cost, or 0 - |
| | Cost Type | Tinyint | 1 | GRP |
| | Cost | Float | 4 | |
| | Expected GRP | Float | 4 | |
| Total | | | 15 | |

**FIG. 16**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| Key | ID | int | 4 | |
| FK | Ad | smallint | 2 | |
| | Scheduled Channel | smallint | 2 | |
| | Scheduled Start Time | int | 4 | seconds from 1/1/2000 |
| | Scheduled Duration | smallint | 2 | seconds from Start Time |
| | Actual Channel | smallint | 2 | |
| | Actual Start Time | int | 4 | seconds from 1/1/2000 |
| | Actual Duration | smallint | 2 | seconds from Start Time |
| | Associated Program | smallint | 2 | |
| | Pod Position In Program | tinyint | 1 | |
| | Ad Position In Pod | tinyint | 1 | |
| Total | | | 26 | |

**FIG. 17**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| Key | ID | smallint | 2 | |
| | Name | smallint | 2 | String dictionary |
| | Purch Level Designator | | | |
| | DMA | tinyint | 1 | |
| | MSO Zone | smallint | 2 | |
| | Cost Type | tinyint | 1 | 1- CPM, 2 - CPP, 3 - total cost, or 0 - GRP |
| | Cost | int | 4 | |
| | Expected GPR | float | 4 | |
| | Product | smallint | 2 | |
| Total | | | 14 | |

FIG. 18

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| Key | ID | smallint | 2 | |
| | Network | smallint | 2 | |
| | Name | smallint | 2 | Dictionary index |
| Total | | | 6 | |

FIG. 19

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| Key | ID | smallint | 2 | |
| | Name | varchar | 50 | Full name of organization (required) |
| | Street address | varchar | 50 | Address and location information |
| | City | smallint | 2 | Dictionary Index |
| | ZIP Code | int | 4 | |
| | Contact name | varchar | 50 | Primary contact information |
| | Contact phone | varchar | 50 | |
| | Contact email | varchar | 50 | |
| | Contact mobile | varchar | 50 | |
| | status | bit | 1 | 1 - active, 0 – inactive |
| | | | | Bitmap<br>0 - report1<br>1 - report2<br>...<br>n - report n |
| | entitlements | int | 4 | |
| Total | | | 313 | |

**FIG. 20**

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| Key | ID | tinyint | 1 | |
| | Name | varchar | 50 | |
| | Day | tinyint | 1 | Day of week |
| | Start | tinyint | 1 | Hour of day |
| | End | tinyint | 1 | Hour of day |
| Total | | | 51 | |

**FIG. 21**

| Attr | Col | Type | Size (bytes) | Comment |
|---|---|---|---|---|
| | ID | smallint | 2 | |
| | Name | varchar | 50 | |
| | Call Letters | varchar | 8 | |
| Total | | | 52 | |

FIG. 22

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| Key | ID | smallint | 2 | |
| | Name | varchar | 50 | |
| Total | | | 52 | |

FIG. 23

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| Key | id | int | 4 | |
| | Category | smallint | 2 | |
| | UPC | bigint | 8 | |
| | Manufacturer | smallint | 2 | Dictionary index |
| | Brand | smallint | 2 | Dictionary index |
| | Mfg. Name | smallint | 2 | Dictionary index |
| | Description | smallint | 2 | Dictionary index |
| Total | | | 22 | |

FIG. 24

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| FK | Household | int | 4 | |
| FK | product | int | 4 | |
| FK | Transaction Date | smallint | 2 | days only since 1/1/2000 |
| | price | float | 4 | |
| | quantity | smallint | 2 | |
| Total | | | 16 | |

**FIG. 25**

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| PK | ID | int | 2 | |
| FK | Airing Date/Time | int | 4 | seconds from 1/1/2000 |
| FK | Program | smallint | 2 | |
| FK | Channel | smallint | 2 | |
| | Time Zone | tinyint | 1 | |
| | Duration | smallint | 2 | seconds |
| Total | | | 11 | |

**FIG. 26**

| Attr | Col | Type | Size | Comment |
|------|-----|------|------|---------|
| PK | ID | int | 4 | |
| | Title | smallint | 2 | Dictionary index |
| | Genre | smallint | 2 | Dictionary index |
| | Duration | smallint | 2 | seconds |
| Total | | | 10 | |

**FIG. 27**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| PK | ID | smallint | 2 | |
| | User | smallint | 2 | |
| | Name | varchar | 50 | |
| | Saved Date | | | Seconds since 1/1/2000 |
| | Report | smallint | 2 | |
| | Start Time | int | 4 | Seconds since 1/1/2000 |
| | End Time | int | 4 | Seconds since 1/1/2000 |
| | Campaign | smallint | 2 | |
| | Ad | smallint | 2 | |
| | Pod Position in Program | tinyint | 1 | |
| | Ad Position in Pod | tinyint | 1 | |
| | Daypart | tinyint | 1 | |
| | Network | smallint | 2 | |
| | Program Type | tinyint | 1 | |
| | Program | smallint | 2 | |
| | Content Length | smallint | 2 | |
| | ZIP | int | 4 | |
| | Geo Area | smallint | 2 | |
| | Loyalty | tinyint | 1 | |
| | Demographics | bit | 15 | See demographic elements in Households |
| | Reporting Type | smallint | 2 | 0 - Item by Item<br>1 - Half-Hour<br>2 - Daypart<br>3 - Program<br>4 - Reach/Frequency<br>5 - TTI<br>6 - Ranking<br>7 - Selected Rollups |
| | Selected Column | tinyint | 1 | Rollup or ranking column, depending on Reporting Type |
| | Ranking or Rollup Type | tinyint | 1 | Top 10, 100, ... if ranking or type (see Reporting Type) |
| Total | | | 104 | |

FIG. 28

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| PK | ID | smallint | 2 | |
| | Date | int | 4 | Seconds since 1/1/2000 |
| | Network | smallint | 2 | |
| | Surfing Rating | float | 4 | |
| | Name | smallint | 2 | Dictionary index |
| | Length | smallint | 2 | |
| | Environment | smallint | 2 | Dictionary index |
| | Rating | float | 4 | |
| | Rating Index | float | 4 | |
| | % Perfect Play | float | 4 | |
| | % Switch Away | float | 4 | |
| | % Jump In | float | 4 | |
| | % Change | float | 4 | |
| | Stayed Away | float | 4 | |
| | Stay Away Seconds | smallint | 2 | |
| | Modal Second | tinyint | 1 | |
| Total | | | 49 | |

**FIG. 29**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| PK | ID | Smallint | 2 | |
| | Touchpoint | Smallint | 2 | |
| | Cost | Float | 4 | |
| | #Insertions | Smallint | 2 | |
| | Target Reach % | Float | 4 | |
| | Target Avg Freq | Smallint | 2 | |
| | TRP | Float | 4 | |
| | CPM Targets | Float | 4 | |
| | % of Reached Increasing Purchase of Brand | Float | 4 | |
| | Incremental Sales Dollars as Result of Increasers | Float | 4 | |
| | Sales Dollars among Reached | Float | 4 | |
| | ROI | Float | 4 | |
| | TRA ROI Index | Float | 4 | |
| Total | | | 44 | |

**FIG. 30**

| Attr | Col | Type | Size | Comment |
|---|---|---|---|---|
| PK | ID | smallint | 2 | |
| | Start Date/Time | int | 4 | Seconds since 1/1/2000 |
| | Start Date/Time | int | 5 | Seconds since 1/1/2001 |
| | Channel | smallint | 2 | |
| | Program | smallint | 2 | |
| | Surfing Rating | float | 4 | |
| | Rating | float | 4 | |
| | Share | float | 4 | |
| | Cume | float | 4 | |
| Total | | | 31 | |

**FIG. 31**

**FIG. 32**

| Key | | Type | | | Composed of |
|---|---|---|---|---|---|
| Key | HHSTB | int | 4 | | - HH (1 <= 268,435,455 = xFFFFFFF) - 3.5 bytes<br>- STB (1 <= 15) - 0.5 byte |
| | InTab Starting date | int | 4 | | Seconds since 2000 |
| | | | | | InTab bitmap Possible compression: <compression 1/0> n1.n2... of 000.../111.../000.../... |
| | | | | | Element | Length (bits) |
| | | | | | Months 1-6 | 6 |
| | | | | | Weeks 1-26 | 26 |
| | InTab | bit | 27 | | Days 1-183 | 183 |
| | | | | | Total bits | 215 |
| Total | | | 35 | | |

This table combines InTab and Not False Positive, so 1 means that an STB was InTab and it was not false positive, while 0 means that either a STB was not InTab, or it was a False Positive

**FIG. 33**

| Col | Type | Size | Comment |
|---|---|---|---|
| HHSTB | int | 4 | Composed of<br>- HH (1 <= 268,435,455 = xFFFFFFF) - 3.5 bytes<br>- STB (1 <= 15) - 0.5 byte |
| Start Time | smallint | 4 | seconds since 1/1/2000 |
| Duration | smallint | 2 | seconds after Start Time |
| | | 10 | |

| Col | Type | Size | Comment |
|---|---|---|---|
| ID | smallint | 2 | |
| Client ID | smallint | 2 | TRA sys admins have this = 0 |
| Name | varchar | 50 | |
| Pwd | varchar | 50 | Encrypted |
| Role | tinyint | 1 | 0 - user, 1 – admin |
| Street address | varchar | 50 | Address and location information |
| City | smallint | 2 | Dictionary index |
| ZIP Code | Int | 4 | |
| Phone | varchar | 50 | |
| Email | varchar | 50 | |
| Mobile | varchar | 50 | |
| Status | Bit | 1 | 1 - active, 0 – passive |
| | | 310 | |

**FIG. 34**

Audience Retention

| Report Period | Jul 02 to Jul 29, 2003 |
|---|---|
| Advertiser | General Mills |
| Brand(s) | Wheat Chex |
| Market | Atlanta |
| Report | Commercial Rollup |
| Intab HHs | |
| Target Audience | 442 |

Heavy/Moderate Category Purchasers Who Bought Brand Non-Loyalty

| Network | Audience | Sample Size | Prgrm Rating | Comm Rating | Prgrm CPM | Comm CPM | Perfect Play | Switch Away | Jump In | Modal Switch Away Second |
|---|---|---|---|---|---|---|---|---|---|---|
| BET | Target | 121 | 0.04 | 0.02 | $22.93 | $40.20 | 90.50% | 9.50% | 0.00% | 6 |
| | Total | 442 | 0.07 | 0.03 | $3.45 | $6.60 | 89.20% | 10.80% | 0.00% | 6 |
| Cartoon | Target | 121 | 0.76 | 0.56 | $12.68 | $17.14 | 99.00% | 1.00% | 0.00% | 6 |
| | Total | 442 | 0.77 | 0.54 | $3.45 | $4.93 | 96.40% | 3.60% | 0.00% | 3 |
| CMT | Target | 121 | 0.24 | 0.18 | $12.11 | $15.98 | 98.70% | 1.30% | 0.00% | 2 |
| | Total | 442 | 0.23 | 0.15 | $3.45 | $5.06 | 96.90% | 3.10% | 0.00% | 2 |
| Comedy C | Target | 121 | 0.63 | 0.47 | $8.73 | $11.62 | 93.60% | 4.50% | 1.90% | 6 |
| | Total | 442 | 0.44 | 0.34 | $3.45 | $4.45 | 93.50% | 5.50% | 1.00% | 12 |
| EI | Target | 121 | 0.16 | 0.1 | $27.45 | $42.95 | 99.40% | 0.60% | 0.00% | 1 |
| | Total | 442 | 0.34 | 0.26 | $3.45 | $4.52 | 97.70% | 2.30% | 0.00% | 4 |
| ESPN | Target | 121 | 0.58 | 0.39 | $11.00 | $16.40 | 98.70% | 1.30% | 0.00% | 5 |
| | Total | 442 | 0.51 | 0.43 | $3.45 | $4.05 | 98.60% | 1.40% | 0.00% | 5 |
| ESPN2 | Target | 121 | 0.03 | 0.06 | $30.34 | $13.07 | 100.00% | 0.00% | 0.00% | |
| | Total | 442 | 0.06 | 0.04 | $3.45 | $5.58 | 95.70% | 4.30% | 0.00% | 8 |
| MTV | Target | 121 | 0.17 | 0.15 | $18.47 | $20.37 | 98.90% | 1.50% | 1.70% | 6 |
| | Total | 442 | 0.25 | 0.21 | $3.45 | $3.96 | 92.30% | 7.40% | 0.30% | 1 |
| Sci-Fi | Target | 121 | 0.52 | 0.42 | $9.11 | $11.32 | 86.10% | 3.90% | 3.90% | 3 |
| | Total | 442 | 0.38 | 0.29 | $3.45 | $4.47 | 95.90% | 4.10% | 0.00% | 3 |

442

FIG. 35A



FIG. 35B



FIG.35B1

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BET | TARGET | 121 | 0.04 | 0.02 | $22.93 | $40.20 | 90.51% | 9.51% | 0.00% | 6 | 10 | 3.5 |
| BET | TOTAL | 442 | 0.07 | 0.03 | $3.45 | $6.60 | 89.20% | 10.80% | 0.00% | 6 | 10 | 3.5 |
| CARTOON | TARGET | 121 | 0.76 | 0.55 | $12.88 | $17.74 | 99.00% | 1.00% | 0.00% | 6 | 10 | 3.5 |
| CARTOON | TOTAL | 442 | 0.77 | 0.64 | $3.45 | $4.93 | 96.40% | 3.60% | 0.00% | 3 | 10 | 3.5 |
| CMT | TARGET | 121 | 0.24 | 0.18 | $12.11 | $15.98 | 98.70% | 1.30% | 0.00% | 2 | 10 | 3.5 |
| CMT | TOTAL | 442 | 0.23 | 0.15 | $3.45 | $5.06 | 96.90% | 3.10% | 0.00% | 2 | 10 | 3.5 |
| COME.. | TARGET | 121 | 0.63 | 0.47 | $8.73 | $11.82 | 95.50% | 4.50% | 0.00% | 6 | 10 | 3.5 |
| COME.. | TOTAL | 442 | 0.44 | 0.34 | $3.45 | $4.45 | 93.50% | 5.50% | 0.00% | 12 | 10 | 3.5 |
| E! | TARGET | 121 | 0.16 | 0.1 | $27.45 | $42.95 | 99.40% | 0.60% | 0.00% | 1 | 10 | 3.5 |
| E! | TOTAL | 442 | 0.34 | 0.26 | $3.45 | $4.52 | 97.70% | 2.30% | 0.00% | 4 | 10 | 3.5 |

PAGE 1 OF 2 (8/0 ITEMS)     <PREV [1] 2 NEXT>

SAVE

| 92509 |
| 90640 |
| DEMOGRAPHIC |
| ESSEX HOMEOWNER |
| GROUPINGS: |
| ⊟ GROUPING BY PROGRAM |
| FILTERS: |

FIG.35B2