UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

TNS MEDIA RESEARCH, LLC (d/b/a
KANTAR MEDIA AUDIENCES) and
CAVENDISH SQUARE HOLDING B.V.,

        Plaintiffs,

    - against -

TRA GLOBAL, INC. (d/b/a TRA, INC.),

        Defendant.

------------------------------------------------------- X

TRA GLOBAL, INC. (d/b/a TRA, INC.),

        Counterclaim-Plaintiff,

    - against -

TNS MEDIA RESEARCH, LLC (d/b/a
KANTAR MEDIA AUDIENCES),
CAVENDISH SQUARE HOLDING B.V.,
WPP PLC, WPP GROUP USA, INC.,
KANTAR GROUP LTD., KANTAR
RETAIL AMERICA, INC.,

        Counterclaim-Defendants.

------------------------------------------------------- X

6/6/13

**ORDER**

11 Civ. 4039 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       I have reviewed the submissions of the Counterclaim-Defendants

related to their pending Motion for Summary Judgment (Doc. No. 122) and determined that they are in violation of my Individual Rules and Procedures (the "Individual Rules"). Section IV.H of he Individual Rules states that:

> Parties are limited to a total of five (5) affidavits/declarations each in support of or in opposition to a motion. Affidavits/declarations may not exceed ten (10) double-spaced pages. Parties are limited to a total of fifteen (15) exhibits, including exhibits attached to an affidavit/declaration in support of, or in opposition to, any motion. Each exhibit is limited to fifteen (15) pages. The exhibits should be excerpted to include only relevant material. All exhibits should be clearly labeled, dated, tabbed, and indexed.

The Counterclaim-Defendants' motion for summary judgment does not conform to these requirements. *First*, the Declaration of Charles J. Thomas is oversized, at nineteen pages. *Second*, twenty-one exhibits are attached to the Declaration of Eric Rutt, exceeding the maximum of fifteen. *Finally*, even excluding the exhibits devoted to the patents-in-suit, the exhibits exceed the maximum page-limit of two hundred and twenty-five pages.

In light of the foregoing, the pending motion and all submissions related thereto are rejected as oversized. The Counterclaim-Defendants shall have until close of business on June 14, 2013 to resubmit materials in conformity with the Individual Rules and this Order. Failure to do so shall constitute a waiver of this motion.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated: June 6, 2013
New York, New York