UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

TNS MEDIA RESEARCH, LLC (d/b/a
KANTAR MEDIA AUDIENCES) and
CAVENDISH SQUARE HOLDING, B.V.,

      Plaintiffs,

- against -

TRA GLOBAL, INC. (d/b/a TRA, Inc.),

      Defendant.
------------------------------------------------------- X
TRA GLOBAL, INC. (d/b/a TRA, Inc.),

      Counterclaim-Plaintiff,

- against -

TNS MEDIA RESEARCH, LLC (d/b/a
KANTAR MEDIA AUDIENCES);
CAVENDISH SQUARE HOLDING, B.V.;
WPP PLC; WPP GROUP USA, INC.;
KANTAR GROUP LTD.; and KANTAR
RETAIL AMERICA, INC.,

      Counterclaim-Defendants.
-------------------------------------------------------



ORDER

11 Civ. 4039 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The Opinion and Order issued by the Court on October 3, 2013 is withdrawn. The Westlaw and LexisNexis services are directed to remove the October 3 Order from their databases.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
         October 16, 2013

## - Appearances -

**For Defendant and Counterclaim-Plaintiff TRA:**

Nathan Lowenstein, Esq.
Perry Mark Goldberg, Esq.
Trevor Stockinger, Esq.
Goldberg, Lowenstein & Weatherwax LLP
11400 West Olympic Blvd., Suite 400
Los Angeles, California 90064
(310) 203-9222

**For Plaintiffs and Counterclaim-Defendants the WPP Companies:**

Marc Rachman, Esq.
Andrew Keisner, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019
(212) 468-4800

Michael A. Albert, Esq.
John Strand, Esq.
Charles Steenburg, Esq.
Eric Rutt, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Ave.
Boston, Massachusetts 02210
(617) 646-8000