IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TNS MEDIA RESEARCH, LLC (d/b/a) KANTAR MEDIA AUDIENCES) and CAVENDISH SQUARE HOLDING, B.V., <br><br>  Plaintiffs, <br><br> v. <br><br> TIVO RESEARCH AND ANALYTICS, INC. <br><br>  Defendant | CIVIL ACTION NO.: 11 CIV. 4039 (SAS) <br> **ECF CASE** |
| TIVO RESEARCH AND ANALYTICS, INC., <br><br>  Counterclaim Plaintiff, <br><br> v. <br><br> TNS MEDIA RESEARCH, LLC (d/b/a) KANTAR MEDIA AUDIENCES); CAVENDISH SQUARE HOLDING, B.V.; WPP PLC; WPP GROUP USA, INC.; KANTAR GROUP LTD.; and KANTAR RETAIL AMERICA, INC. <br><br>  Counterclaim-Defendants. | **EXHIBIT A** <br><br> **[PROPOSED] JUDGMENT** |

IT IS ORDERED AND ADJUDGED

That judgment be entered in accordance with D.I. 161, D.I. 185, the Stipulation and Order dated July 2, 2014 (the "Stipulation and Order"), and any other prior orders of this Court in this matter.

In stipulating to the entry of judgment, Counterclaim-Plaintiff expressly consents only to the form of the stipulated final judgment and not to its contents. All parties expressly reserve the right to appeal from the stipulated final judgment and to seek appellate review of D.I. 161, D.I. 185, as well as any other prior orders of this Court, as well as their rights set forth in the Stipulation and Order.

**IT IS SO ORDERED:**

Dated: 7/2/14

HON. SHIRA A. SCHEINDLIN
United States District Judge