UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TNS MEDIA RESEARCH, LLC (d/b/a
KANTAR MEDIA AUDIENCES) and
CAVENDISH SQUARE HOLDING, B.V., ,

                    Plaintiffs,
  -against-

TIVO RESEARCH AND ANALYTICS,
INC. (d/b/a TRA, Inc.),
                         Defendant.
-------------------------------------------------------------X
TIVO RESEARCH AND ANALYTICS,
INC. (d/b/a TRA, Inc.),
                Counterclaim-Plaintiff,

  -against-

TNS MEDIA RESEARCH, LLC (d/b/a
KANTAR MEDIA AUDIENCES) and
CAVENDISH SQUARE HOLDING, B.V.;
WPP PLC; WPP GROUP USA, INC.;
KANTAR GROUP LTD,; and KANTAR
RETAIL AMERICA, INC.,
              Counterclaim-Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/16

11 **CIVIL** 4039 (SAS)

**JUDGMENT**

      Counterclaim-Defendant Kantar Media Audiences ("Kantar") having filed a motion to dismiss, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on April 25, 2016, having rendered its Opinion and Order granting Kantar's motion to dismiss, and dismissing TRA Inc.'s ("TRA") state law claims with prejudice; and directing the Clerk of the Court to close this motion (Dkt. No. 229) and this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2016, Kantar's motion to dismiss is granted, and TRA's state law claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
April 25, 2016

RUBY J. KRAJICK

Clerk of Court

BY: *KMango*
Deputy Clerk
